WILLIAM STORK, Respondent, v. JOHN LAZOLUK, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; Martin and Sherman, JJ., dissent and vote to reverse and deny the motion.

ISAAC LUBIN, Respondent, v. PACE PRESS, INCORPORATED, Defendant, Impleaded with KEYSTONE BINDERY, INCORPORATED, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of SARAH GREENEBAUM, Respondent, for a Peremptory Mandamus Order Directing ARTHUR J. W. HILLY, as Corporation Counsel or Chief Law Officer of THE CITY OF NEW YORK, Appellant, to Institute Proceedings, etc., to Determine the Compensation for the Damage by Reason of the Closing of OLD THIRD AVENUE, Formerly OLD FORDHAM AVENUE, in the Borough of The Bronx, City of New York.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of JOHN L. ARMSTRONG, Respondent, for a Peremptory Mandamus Order Directing ARTHUR J. W. HILLY, as Corporation Counsel or Chief Law Officer of THE CITY OF NEW YORK, Appellant, to Institute Proceedings, etc., to Determine the Compensation for the Damage by Reason of the Closing of OLD THIRD AVENUE, Formerly OLD FORDHAM AVENUE, in the Borough of The Bronx, City of New York.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

GERSON LIEBERGALL, Appellant, v. SAM KNOBEL, KNOBEL BROS., INC., a New York Corporation, Respondents, Impleaded with Another.— Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

GUSTAF SCHULT, Respondent, v. STEPHEN H. JACKSON, as Executor, etc., and Others, Defendants, Impleaded with MANHATTAN STUDIOS, INC., Appellant.— Order modified in so far as to grant the motion for a bill of particulars as to items 2, 3 and 5 of the original notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The verified bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

CELIA FRIEDMAN, Respondent, v. IRVING FOX and SADIE FOX, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present— Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of SELIG KOCH, Respondent, for a Peremptory Order of Mandamus against SAMUEL LEVY, President of the Borough of Manhattan, Appellant.— Order modified by allowing an alternative order of mandamus, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.